IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 23-cr-00951-MLG |
| ) | |
| vs. ) | |
| ) | |
| **JUSTIN BRASHER,** ) | |
| ) | |
| Defendant. ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

TO: Sheriff or Warden of Metropolitan Detention Center, Albuquerque, New Mexico, and to the United States Marshal or his authorized representative

GREETINGS:

You are hereby commanded to deliver Justin Brasher, Inmate No. 100187654, Booking #22-13018, y/o/b 1990, a prisoner in your custody, to the United States Marshal for the District of New Mexico, or his representative.

The United States Marshals Service is commanded to produce Justin Brasher for prosecution before the Honorable John F. Robbenhaar, United States Magistrate Judge, at the Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Rio Grande Courtroom, Albuquerque, New Mexico, Wednesday, August 30, 2023, at 8:30AM.

Justin Brasher will remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete, unless otherwise ordered.

WITNESS the Honorable _Karen B. Molzen_, United States Magistrate Judge of the United States District Court for the District of New Mexico, at Albuquerque, New Mexico, this 17th day of August, 2023.

_____
United States Magistrate Judge

_____
Mitchell R. Elfers, Clerk of Court